# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2006

130310

JAMES D. AZZAR,
        Plaintiff-Appellant,

and

PROCESSING SOLUTIONS, LIMITED,
        Plaintiff,

v

CITY OF GRAND RAPIDS,
        Defendant-Appellee,

and

BERNARD C. SCHAEFER, and
ROBERT J. KRUIS,
        Defendants.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130310
COA: 260438
Kent CC: 03-011760-NZ

On order of the Court, the application for leave to appeal the September 22, 2005 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue whether the Grand Rapids Building Maintenance Code is preempted by the Stille-DeRossett-Hale single state construction code act, MCL 125.1501, *et seq.*, as amended by Pub Acts 1999, No. 245.

The Michigan Municipal League, the Michigan Townships Association, the Michigan Association of Counties, and the Public Corporation Law Section of the State Bar of Michigan are invited to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006

Clerk

s0427